RICHARD S. HARTUNIAN
United States Attorney

David L. Brown
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2059
david.brown@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SHERYLYNN LABRAKE RACZKA,        :

     Plaintiff,        :

                                   :      **CONSENT ORDER FOR**

                                   :      **REMAND PURSUANT TO**

     v.        :      **42 U.S.C. § 405(g).**

                                   :

CAROLYN W. COLVIN, ACTING        :      6:15-CV-00580 (DNH/DJS)

COMMISSIONER OF SOCIAL SECURITY,        :

     Defendant.        :

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

parties in the above-titled action that this case be remanded to the Commissioner for further

proceedings and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS on this 18th day of December, 2015;

SO ORDERED.

 

_____
           David N. Hurd
      United States District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
    December 16, 2015

                                    RICHARD S. HARTUNIAN
                                    United States Attorney

                        By:     /s/David L. Brown
                                David L. Brown
                                Special Assistant U.S. Attorney
                                Bar No. 516419
                                *Attorney for Defendant*

Dated: Rome, New York
    December __, 2015

                        By:     /s/
                                Peter W. Antonowicz, Esq.
                                Office of Peter W. Antonowicz
                                148 West Dominick Street
                                Suite 420
                                Rome, New York 13440
                                315-337-4008
                                peter@disabilitya-z.com
                                *Attorney for Plaintiff*